No. 133. HITAI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Francis L. Giordano* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Philip R. Monahan* for respondent.

No. 134. DREXEL & CO. ET AL. *v.* HALL ET AL. C. A. 2d Cir. Certiorari denied. *Ralph M. Carson* for petitioners. *Wm. Francis Corson* for respondents.

No. 136. PAVGOUZAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Jacob J. Kilimnik* and *Gregory G. Lagakos* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 138. EXCHANGE NATIONAL BANK OF OLEAN *v.* INSURANCE CO. OF NORTH AMERICA. C. A. 2d Cir. Certiorari denied. *Robert M. Diggs* for petitioner. *Richard E. Moot* for respondent.

No. 146. MILK DRIVERS & DAIRY EMPLOYEES LOCAL UNION No. 584, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Samuel J. Cohen* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 142. FLYING TIGER LINE, INC. *v.* MERTENS, ADMINISTRATOR, ET AL. C. A. 2d Cir. Certiorari denied. *Austin P. Magner* and *George N. Tompkins, Jr.,* for petitioner. *Clarence Fried* for respondents.